AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

FILED _____ LODGED _____
_____ RECEIVED
JAN 16 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. MJ18-5205
)
The residence located at 31900 104th Avenue )
Southeast, Unit I-101, Auburn, Washington, more )
particularly described in Attachment A )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, attached hereto and incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before ____September 13, 2018____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any Magistrate Judge in this District____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __8/31/2018 3:34 pm__                    ____[signature]____
                                                                Judge's signature

City and state:   Tacoma, Washington                David W. Christel, United States Magistrate Judge
                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ18-5205 | 08/31/2018 5:00 pm | N/A |

Inventory made in the presence of:
Jordan Ejde

Inventory of the property taken and name of any person(s) seized:

Marijuana, Fentanyl pills, heroin, meth, Fentanyl powder

$164,116 US currency
black duffel bag
minecraft backpack
Four pairs of sneakers

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/15/2019

Received: 1/17/19
DW Christel
Mag. Judge

*Executing officer's signature*

Anthony DelVecchio, Special Agent
*Printed name and title*

## ATTACHMENT A
### Location to be searched

This warrant authorizes the government to search the following location for evidence and/or fruits of the commission of the following crimes: distribution and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, namely controlled substances and/or cash proceeds from the sale of such contraband, and firearms possessed in furtherance of these activities, in violation of Title 18, United States Code, Section 924(c), as further described in Attachment B hereto.

With respect to the location to be searched, the search is to include all rooms within the residence, and any assigned garages or storage rooms, attached or detached, and any vehicles found within such an assigned garage.

The location is to be searched is more particularly described as **31900 104th Avenue Southeast, Unit I-101 of the Emerald Pointe Condominiums in Auburn, Washington.** Unit I-101 is the southern-most unit in the building on the west side of the complex. The building is beige in color, has white trim, and is three stories tall. Unit I-101 is located on the ground level. The door to Unit I-101 is a dark color and faces the parking area between the east and west buildings that make up the Emerald Pointe Condominium Complex. The letter "I" is located on the building and the numbers "101" are affixed to the left side of the exterior hallway, right in front of the residence.

AFFIDAVIT OF ANTHONY DELVECCHIO - 27
USAO 2017R01238

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ATTACHMENT B
### Items to be seized

From the location described in Attachment A of this warrant, the government is authorized to search for and seize (including taking photographs of) the following tangible property, which are evidence and/or fruits of the commission of the following crimes: distribution and possession with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, namely controlled substances and/or cash proceeds from the sale of such contraband, and firearms possessed in furtherance of these activities, in violation of Title 18, United States Code, Section 924(c), including the following:

    1) Any suspected controlled substances, for example, heroin, fentanyl, oxycodone, and methamphetamine;

    2) Cash drug proceeds; and

    3) Firearms and firearms-related items, including magazines, ammunition, holsters, and body armor, or other dangerous weapons.

AFFIDAVIT OF ANTHONY DELVECCHIO - 28
USAO 2017R01238

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800